PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 12, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2022

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Justin Richard Byers | Case Number: 0980 2:16CR00116-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 28, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(B)(I) | | |
| Original Sentence: | Prison - 60 months; TSR - 72 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (August 12, 2021) | Prison - 6 months TSR - 66 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | January 25, 2022 |
| Defense Attorney: | Sandy Baggett | Date Supervision Expires: | July 24, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/25/2022, and to issue a warrant

A supervision intake was completed by phone on January 26, 2022. He verbally acknowledged an understanding of the conditions imposed by the Court. On January 31, 2022, he reported to the probation office and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: It is alleged that Justin Byers violated the terms of his supervised release by failing to reside at a clean and sober house, on or about June 28, 2022. |
| | On April 14, 2022, a supervised release revocation hearing was held. The matter was held in abeyance to allow Mr. Byers an opportunity to complete inpatient treatment. In addition, the Court ordered Mr. Byers to reside at a residential reentry enter (RRC) or a clean and sober house approved by the United States probation officer after completion of inpatient treatment. |

Prob12C
Re: Byers, Justin Richard
July 12, 2022
Page 2

On May 16, 2022, he successfully completed inpatient treatment. Due to bed space limitations with the RRC, he was approved to reside with his sister temporarily while seeking clean and sober housing.

Since May 17, 2022, he has reported a number of interviews with clean and sober houses. In addition, he had provided several move in dates to an approved Oxford House, but were changed for various reasons. On June 21, 2022, he reported a move in date with an Oxford House for June 24, 2022.

On June 28, 2022, he reported he did not move in on June 21, 2022, and was set to move in to the Oxford House on June 28, 2022. Mr. Byers was reminded of the expectation to move into the Oxford House that day.

Mr. Byers failed to move into the Oxford House on June 28, 2022. On July 1, 2022, he sent the undersigned a text message indicating he did not move due to his son having a difficult time. He then indicated he would be reporting to the Oxford House on July 1, 2022. Mr. Byers has not moved into an approved clean and house.

7 **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Justin Byers violated the terms of his supervised release by failing to attend substance abuse treatment sessions on June 27 and July 6, and 8, 2022.

On May 16, 2022, Mr. Byers discharged from inpatient treatment. He was subsequently enrolled in intensive outpatient treatment with Pioneer Human Services (PHS). He is required to attend three treatment group sessions per week, which are currently held virtually via Zoom. There have been other occasions of Mr. Byers missing groups or leaving group early and these were addressed via verbal reprimands and reminders of his treatment being a priority

He has since missed substance abuse treatment groups on June 27 and July 6 and 8, 2022.

8 **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: It is alleged that Justin Byers violated the terms of his supervised release by failing to reside at a residential reentry center (RRC) as directed, on or about July 11, 2022.

On April 14, 2022, a supervised release revocation hearing was held. The matter was held in abeyance to allow Mr. Byers an opportunity to complete inpatient treatment. In addition, the Court ordered Mr. Byers to reside at a residential reentry enter (RRC) or a clean and sober house approved by the United States probation officer after completion of inpatient treatment.

Prob12C
Re: Byers, Justin Richard
July 12, 2022
Page 3

On May 16, 2022, he successfully completed inpatient treatment. Due to bed space limitations with the RRC, he was approved to reside with his sister temporarily while seeking clean and sober housing.

However, as noted in alleged violation number 7 above, he was directed to enter the RRC after failing to move into a clean and sober house.

The undersigned made contact with Mr. Byers' sister and provided directions for Mr. Byers to enter the RRC on July 11, 2022. Mr. Byers' sister confirmed she provided the information to him. On July 8, 2022, Mr. Byers left the undersigned a voicemail message confirming knowledge of his requirement to enter the RRC.

On July 11, 2022, Mr. Byers failed to enter the RRC as directed. His whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/12/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge
July 12, 2022
Date